David E. Kennedy, Inc. v. O'Brien et al., Appellant.

Argued November 1, 1934.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Raymond A. White, Jr.,* for appellants.

*Jos. A. Keough,* of *Levi & Mandel,* for appellee.

PER CURIAM, December 18, 1934:
The judgment is affirmed on the opinion of Judge GABLE.